UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Zachary B.,

    Plaintiff,

        v.                 Case No. 1:24-cv-488

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 4, 2025. (Doc. 11). Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that they may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). No objections to the Magistrate Judge's R&R (Doc. 11) have been filed.

The R&R (Doc. 11) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED.** Consistent with her recommendation, the parties' Joint Motion to Remand (Doc. 10) is **GRANTED**. Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is remanded back to the Social Security Administration. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's ("ALJ") decision denying benefits and instruct the ALJ to reconsider the prior administrative medical findings and Plaintiff's residual functional capacity. The Appeals Council will further instruct the ALJ to offer to hold a new hearing, take any additional action needed to complete the administrative record, and issue a new decision.

A separate judgment in favor of Plaintiff will enter (pursuant to Fed. R. Civ. P. 58).

**IT IS SO ORDERED.**

                                      s/*Michael R. Barrett*
                                    JUDGE MICHAEL R. BARRETT